# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| EMERGING INDUSTRY TECHNOLOGIES, INC., d/b/a SPENCE LABS, | Case No. 1:23-cv-05922 |
| Plaintiff, | Steven C. Seeger, U.S.D.J. |
| v. | Beth W. Jantz, U.S.M.J. |
| FIDELITY NATIONAL INFORMATION SERVICES, INC., | **MOTION TO WITHDRAW SABRINA BAIG AS ATTORNEY OF RECORD** |
| Defendant. |  |

WHEREFORE, attorney for Plaintiff, Emerging Industry Technologies, Inc., d/b/a Spence Labs ("Plaintiff") in this action moves the Court, pursuant to Local Civil Rule 1.4, to withdraw Sabrina Baig as counsel of record. In support of this motion, Plaintiff, through the undersigned counsel, states as follows:

Ms. Baig entered her appearance as attorney for Plaintiff on September 20, 2023. Ms. Baig is disassociating from Kasowitz Benson Torres LLP on June 23, 2025. Plaintiff will remain represented by attorneys from Kasowitz Benson Torres LLP and Kwun Bhansali Lazarus LLP.

Accordingly, Plaintiff respectfully requests that the Court grant the Motion to Withdraw Ms. Baig.

Dated: June 20, 2025

                                      **KASOWITZ BENSON TORRES LLP**

                                      By:   */s/ Sabrina Baig*
                                              Sabrina Baig
                                              KASOWITZ BENSON TORRES LLP
                                              1633 Broadway
                                              New York, NY 10019
                                              Tel. (212) 542-4748
                                              Fax. (212) 500-3425
                                              SBaig@kasowitz.com

                                              *Attorney for Plaintiff Emerging Industry Technologies, Inc.*


To:    All Counsel of Record (via ECF)




SO ORDERED:

_____
Judge Steven C. Seeger
United States District Judge